MARY WICKS, Appellant, v. HAROLD WALTERS and IDA WALTERS, His Wife, Respondents.— Action for rent. Order of the County Court of Suffolk County granting defendants' motion to require the plaintiff to serve an additional amended complaint naming as an additional plaintiff therein her husband, George Wicks, and granting other relief, in so far as appealed from, reversed on the law, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. The amended complaint discloses on its face that the cause of action upon which plaintiff sues vests solely in the plaintiff. Under that complaint plaintiff seeks rent based on an agreement by the defendants for occupancy of the property as monthly tenants during a period subsequent to the time that plaintiff's husband conveyed to her his interest in the real property which the defendants occupied as monthly tenants. These facts appearing in the amended complaint reveal that plaintiff's husband has no interest in the property or the cause of action upon which plaintiff sues, and is neither a necessary nor proper party plaintiff. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

WEBSTER F. WILLIAMS, as Ancillary Administrator in the State of New York of the Goods, Chattels and Credits Which Were of LENA POST, Deceased, Appellant, v. THEODORE NEWHOUSE, Respondent, and Others, Defendants.— Appeal from an order granting motion of respondent Newhouse under section 476, Civil Practice Act, and rule 114, Rules of Civil Practice, to dismiss the amended complaint in so far as a deficiency judgment is sought against Newhouse in an action for the foreclosure of a mortgage, and from a partial judgment entered pursuant thereto. Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

FRED WOLFF, Appellant, v. THE CITY OF NEW YORK, Respondent.— Action by an assignee to recover upon a claim for services rendered as an inspector of elections. Plaintiff paid his assignor four dollars less for the claim than its face amount. Defendant alleged a violation of section 355 of the Banking Law. Order of the Appellate Term, reversing on the law a judgment of the Municipal Court of the City of New York, Borough of Brooklyn, for plaintiff, and dismissing the complaint, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [175 Misc. 569.]

## (May 28, 1941.)

NATHAN KASPIN and BENNIE OFSEWITZ, Copartners Doing Business as ATLANTIC TINSMITH SUPPLY COMPANY, Respondents, v. EUGENE THAW and Others, Defendants. and AARON KAHAN, Appellant.— Motion for reargument granted and appeal set down for argument on Friday, June 6, 1941. [See *ante*, p. 754.] Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.